# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF WISCONSIN

In re  EDWARD EARL TOLLIVER             Case No. 14-35015

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Quantum3 Group LLC as agent for | SANTANDER CONSUMER USA INC |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 11 |
| Quantum3 Group LLC as agent for | Amount of Claim: 19944.68 |
| NCEP LLC | Date Claim Filed: 2/27/2015 |
| PO Box 788 | |
| Kirkland, WA 98083-0788 | |
| Phone: (425) 242-7100 | Phone: |
| Last Four Digits of Acct #: 1086 | Last Four Digits of Acct #: 1086 |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Steven G. Kane             Date: 12/10/2015
Transferee/Transferee's Agent